**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CLIFFORD SHIRLEY,

Plaintiff

v.

KOVO INC.,

Defendant

Case No.: 2:26-cv-01532-APG-MDC

**Order Accepting Report and Recommendation and Closing Case**

[ECF No. 5]

On October 14, 2026, Magistrate Judge Couvillier recommended that I dismiss this case because plaintiff Clifford Shirely has not paid the filing fee or completed the court's long form *in forma pauperis* application by the given deadline. ECF No.5. Clifford did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation (ECF No. 5) is accepted, and plaintiff Clifford Shirley's complaint (ECF No. 1-1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 30th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE